UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CYNTHIA MARCY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF FRANK MARTINEZ,**<br>**PLAINTIFF**<br><br>**VERSUS**<br><br>**TAKED PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS U.S.A., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERCIA, INC., and TAKEDA PHARMACEUTICAL COMPANY LIMITED;**<br>**DEFENDANTS** | MISC. CASE NO. 16-mc-64<br><br><br><br>JUDGE DOHERTY<br><br><br><br>MAGISTRATE JUDGE HANNA |

**REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, FRANK MARTINEZ, JR.**

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Cynthia Marcy (surviving daughter) as Special Administrator and Derivative; and Frank Martinez, III as Derivative Claimant and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

    GRANTED and

    The settlement by and between Plaintiffs, Cynthia Marcy as Special Administrator and Derivative; and Frank Martinez, III. as Derivative Claimant individually and as legal heirs to the Estate of Frank Martinez, Jr. deceased, and Takeda, as notice to the Court on October 31, 2016 be

- 2 -

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this __2nd__ of __November__, 2016.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE